**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| Normalinda Contreras | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 7:25–cv–00541 |
| | § | |
| | § | |
| City of McAllen, et al. | § | |
| | § | |

# Notice of Reassignment

This case is reassigned to the docket of United States District Judge Arthur R Jones pursuant to General Order No. 2026–11.

Magistrate Judge referrals, court settings before the Magistrate Judge, and deadlines in scheduling orders remain in effect. Court settings before the former District Judge are canceled.

Date: August 3, 2026

Nathan Ochsner, Clerk