United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| NORMALINDA CONTRERAS, Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-541 |
| | § | |
| CITY OF MCALLEN, *et al.*, Defendants. | § | |

# ORDER

Upon consideration of City Defendants' Motion to Stay Discovery Pending Disposition of Court's Ruling on City Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim Upon Which Relief May be Granted and For Expedited Consideration of Motion (Dkt. No. 34), and the supporting documents thereof, the Court hereby ORDERS that the Motion is DENIED.

SO ORDERED October 2, 2026, at McAllen, Texas.

Arthur R. Jones
United States District Judge